UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CORY CALDWELL

                          Plaintiff,

        -against-                                      9:09-CV-576 (LEK/RFT)

K. CROSSET, *Corrections Officer*, J.
DISHAW, *Corrections Officer*, KELSH,
*Corrections Sergeant*

                          Defendants.

_____

## <u>DECISION AND ORDER</u>

      This matter comes before the Court following a Report-Recommendation filed on

May 24, 2010 by the Honorable Randolph F. Treece, United States Magistrate Judge,

pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-

Rec. (Dkt. No. 20).  On June 3, 2010, Plaintiff Cory Caldwell ("Plaintiff") filed objections to

Report-Recommendation.  Dkt. No. 21.  Plaintiff objects to the language used; the facts

relied upon; and the conclusions drawn by the Magistrate Judge.  <u>Id.</u>  Plaintiff also alleges

that his response to Defendant's Motion to dismiss was not considered by the Magistrate.

<u>Id.</u>

      This Court is to "make a de novo determination of those portions of the report or

specified proposed findings or recommendations to which objection is made."  28 U.S.C. §

636(b).  "A [district] judge . . . may accept, reject, or modify, in whole or in part, the

findings or recommendations made by the magistrate judge."  <u>Id.</u>  Where, however, an

objecting "'party makes only conclusory or general objections, or simply reiterates his

original arguments, the Court reviews the Report and Recommendation only for clear

error.'" <u>Farid v. Bouey</u>, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008) (quoting <u>McAllan v.</u>

<u>Von Essen</u>, 517 F. Supp. 2d 672, 679 (S.D.N.Y. 2007) (citations and quotations omitted)).

The Court has considered Plaintiff's Objections (Dkt. No. 21) and finds that they

comprise only conclusory and general objections.  Furthermore, after examining the record,

the Court has determined that the Report-Recommendation is not subject to attack for plain

error or manifest injustice.

For the above reasons, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 20) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. No. 17)

is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety,

and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      June 09, 2010
            Albany, New York

Lawrence E. Kahn
U.S. District Judge